**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

**In re:  Thomas Floyd Steele,**   Case No. 20-70009-SCS
   *Debtor.*   Chapter 7

**NOTICE OF MOTION FOR RULE 2004 EXAMINATION
OF MATTHEW S. THROOP**

John P. Fitzgerald, III, the Acting United States Trustee for Region Four, by counsel, has filed a Motion for Rule 2004 Examination.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in this motion, or if you want the court to consider your views on the motion, then you or your attorney must:

(1)   File with the clerk's office at:   United States Bankruptcy Court
   600 Granby Street, Room 400
   Norfolk, VA 23510-1915

A written objection not later than seven (7) days after service of the Motion.

(2)   If you mail your objection to the court for filing, you must mail it early enough so the court will **receive** it before the deadline described above.

(3)   You must also mail a copy to:   Office of the United States Trustee
   200 Granby Street, Room 625
   Norfolk, VA 23510

(4)   Attend the hearing to be scheduled on this motion at:

   United States Bankruptcy Court
   600 Granby Street, Fourth Floor
   Norfolk, VA  23510.

Kenneth N. Whitehurst, III, Esq., AUST, VSB No. 48919
Cecelia Ann Weschler, Esq., VSB No. 28245
Office of the United States Trustee
200 Granby Street, Room 625
Norfolk, VA 23510
(757) 441-6012

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion objection and may enter an order granting that relief.

Date: February 3, 2020                                                              Attorney: /s/ Kenneth N. Whitehurst, III


## CERTIFICATE OF SERVICE

I certify that on February 3, 2020, service on all attorney Users in this case was accomplished through the Notice of Electronic Filing, pursuant to CM/ECF Policy 9 of the United States Bankruptcy Court for the Eastern District of Virginia, Case Management/Electronic Case Files (CM/ECF) Policy Statement, Version 09/04/09.

I further certify that, on the same date pursuant to Local Rule 2004-1(A), service on the debtor and proposed deponent were also accomplished by U.S. Mail, postage prepaid, addressed as follows:

> Matthew S. Throop, Esq.
> THROOP LAW, P.C.
> 530 East Main Street, Suite 1020
> Richmond, Virginia 23219
>
> Thomas Floyd Steele
> 5324 Ramshorn Rd
> Cape Charles, VA 23310

/s/ Kenneth N. Whitehurst, III
Kenneth N. Whitehurst, III