# Karen M. Crowley
## Chapter 7 Trustee

Town Point Center, Suite 604
150 Boush Street, Norfolk, Virginia  23510

(757) 333-4500 Telephone
(757) 333-4501 Facsimile
www.clrbfirm.com

February 6, 2020

**Via ECF Filing**
US Bankruptcy Court
600 Granby Street
Norfolk, VA 23510

       **Re:**    **Thomas Floyd Steele**
                **Chapter 7 Case No. 20-70009-SCS**

Dear Bankruptcy Court Clerk:

      Please be advised that I am withdrawing the Chapter 7 Trustee's Request for Asset Notice filed on February 6, 2020, docket entry #40, for the above-referenced case.  This was filed in error.

                          Very truly yours,

                          /s/Karen M. Crowley
                          Karen M. Crowley, Chapter 7 Trustee