# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| In re: Thomas Floyd Steele, *Debtor.* | Case No. 20-70009-SCS<br>Chapter 7 |

## ORDER ON MOTION FOR RULE 2004 EXAM

On March 9, 2020, John P. Fitzgerald, III, Acting United States Trustee for Region Four, by counsel, moved the Court for entry of an Order under Rule 2004 of the Federal Rules of Bankruptcy Procedure directing Thomas Floyd Steele to appear and submit to an oral examination and to produce certain documents in his possession or control. The parties agreed on dates for the production of documents and examination of Mr. Steele. The Court finds that service of the Motion was proper, and, good cause having been shown, that the Motion should be granted pursuant to the agreement of the parties. Accordingly, it is:

ORDERED that the Motion is granted and Thomas Floyd Steele shall appear for an examination to be conducted in accordance with Fed. R. Bankr. P. 2004 on March 19, 2020 at 2:00 p.m. at the Office of the United States Trustee, 200 Granby Street, Room 625, Norfolk, Virginia 23510.

It is further ORDERED that Thomas Floyd Steele shall, not later than 5:00 PM, March 12, 2020 produce the following documents to the United States Trustee, to the extent that they are in his possession or control:

    a.    All intake questionnaires or similar documents completed by Mr. Steele in connection with the filing of his bankruptcy petition, schedules, and related statements.

    b.    All disclosures provided by Mr. Throop to Mr. Steele, as required by 11 U.S.C. § 527.

Kenneth N. Whitehurst, III, Esq., AUST, VSB No. 48919
Cecelia Ann Weschler, Esq., VSB No. 28245
Office of the United States Trustee
200 Granby Street, Room 625
Norfolk, VA 23510
(757) 441-6012

   c. All disclosures provided by Throop Law to Mr. Steele, as required by 11 U.S.C. § 527.

   d. All agreements or contracts between Throop Law and Mr. Steele.

   e. All agreements or contracts between Mr. Steele and the "third-party lender" described in paragraph 8 of the Disclosure.

   f. All agreements or contracts between Mr. Throop and the "third-party lender" described in paragraph 8 of the Disclosure.

   g. All agreements or contracts between Throop Law and the "third-party lender" described in paragraph 8 of the Disclosure.

   h. All records evidencing payments from Mr. Steele to Throop Law or Mr. Throop.

   i. All records evidencing payments from Mr. Steele to the "third-party lender" described in paragraph 8 of the Disclosure.

   j. All documents prepared for filing with this Court bearing the original, "wet ink" signature of Mr. Steele.

   k. All documents related to this case signed by Mr. Steele electronically, including documents signed via "DocuSign" or other similar methods.

Date: Mar 18 2020

/s/ Stephen C. St.John
United States Bankruptcy Judge

Entered on Docket: Mar 18 2020

WE ASK FOR THIS:

/s/ Kenneth N. Whitehurst, III
Kenneth N. Whitehurst, III, Esq.
Assistant United States Trustee

SEEN AND AGREED:

/s/ Matthew S. Throop
Matthew S. Throop, Esq.    (By Mr. Whitehurst with permission
THROOP LAW, P.C.    from Mr. Throop received by email)
*Counsel for the debtor,*
*Thomas Floyd Steele*

## CERTIFICATION

In accordance with Local Bankruptcy Rule 2004-1(B)(2), I certify that I have discussed and agreed with counsel for the debtor / deponent on the date, time and location for the proposed Rule 2004 examination. The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Kenneth N. Whitehurst, III
Kenneth N. Whitehurst, III

**PARTIES TO RECEIVE COPIES:**

Thomas Floyd Steele
5324 Ramshorn Rd
Cape Charles, VA 23310

Matthew S. Throop, Esq. (via email)

Karen M. Crowley, Chapter 7 Trustee (via email)

Office of the U.S. Trustee (via email)